Evans. james-anthony
General Post-Office.
mecklenburg county, north carolina,
united States of America



RECEIVED
CHARLOTTE, NC
MAR 12 2018
Clerk, US District Court
Western District of NC

Tel:/EMAIL: tony evans 5683@ gmail.com

Intervenor sui juris, sui generis

District court of the United States
[28 U.S.C. § 113]
via passagio
**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| STATE OF NORTH CAROLINA, | CASE NO: 3'. 18cv 119  RJC |
| Plaintiff, | |
| v. | INTERVENOR'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION UNDER 28 U.S.C. § 1333, § 1446(e),(g) |
| JAMES ANTHONY EVANS, | |
| Defendant(s). | Date: |
| Evans. james-anthony, | Time: |
| Intervenor | Dept: |

Pursuant to your [28 U.S.C. § 1333 and §1444(e), (g)], Intervenor of right,

(hereinafter "Intervenor") Evans, james-anthony., as attorney-in-fact for Defendant

named herein, files this Notice of Removal of this civil action from the Superior Court of

Rowan County, North carolina, to the United States District Court for the Western

District of North carolina.  In support of this Notice of Removal, Intervenor states as

follows:

2370215425
3/6/2018



237-21 8 462 5
3/6/2018

## PART ONE. CASE BACKGROUND AND FOUNDATION FOR REMOVAL

1.     On June 4th, 2017, Plaintiff, STATE OF NORTH CAROLINA (heretofore and hereinafter "Plaintiff") commenced an action in the Superior Court of Rowan County, North carolina, against named Defendant.

2.     The Complaint ("Complaint") seeks judgment against named Defendant(s) for the condemnation of property taken as a prize (See your [28 USC §1333 (2)]).

3.     The subject property is commonly known as: the body, legally described as: sex: male; height: 5' 5"; eyes: brown; hair: brown; race: black; weight: 145lbs

**Part Two. PARTIES**

4.     Plaintiff is within judicial knowledge and subject to the jurisdiction of the Court. Plaintiff is subject to the laws of the United States, acting under color of law in the collection of a debt (See your [28 U.S.C. 3002]). Plaintiff is a citizen of every state for diversity purposes (See your [28 USC §1332(c)(1)]).

5.     Defendant is within judicial knowledge and subject to the jurisdiction of the court. Defendant is a Vessel of the United States insured by the State of North Carolina. Defendant is a citizen of North carolina for diversity purposes (See your [28 USC §1332(c)(1)]). A true and correct copy of the Certificate of Title is attached hereto and incorporated herein as Attachment A.

6.     Intervenor sojourns upon the lands within the lands within the territorial jurisdiction of the Court. Intervenor is a "foreign state" as defined at your [28 U.S.C. §1603(b)(1) and (3)] for the purposes of removal jurisdiction (Also see your [28 USC §1332(a)(2) and §1441(d)]).

23721546.25
3/6/2018

2

237215605
3/16/20##

**Part Three. Jurisdiction and Venue**

7.      The Court has original jurisdiction over this action pursuant to your [28 U.S.C. §1333].

8.      Venue is proper in this Court because the Superior Court Action is pending in the State of North carolina pursuant to your [28 USC §1333 and §1446(e),(g)].

**Part Four. Legal Standard**

9.      This removal is proper in that district courts shall have original jurisdiction, exclusive of the courts of the States, any civil case of admiralty or maritime jurisdiction, and any prize brought into the United States and all proceedings for the condemnation of property taken as prize pursuant to your [28 USC §1333].

10.     Additionally, this removal to this District Court is also proper, pursuant to your [28 U.S.C. §1446(e),(g)].

**Part Five. Miscellaneous Certifications**

11.     This Notice is timely filed. See 28 your [U.S.C. § 1446(g)].

12.     Pursuant to the FRCP, March 7ᵗʰ, 2017, Defendant, served Plaintiff's counsel a true and correct copy of the Notice of Removal filed in this Court.

13.     This Notice of Removal has been served on Plaintiff's counsel in accordance with your [28 U.S.C. § 1446 (d)]. A Notice of Filing of Notice of Removal to Federal Court (attached as Exhibit A) will be filed in the Superior Court of Rowan County, North carolina, located at 210 N. Main Street, Salisbury, North carolina, in accordance with your [28 U.S.C. § 1446 (d)] as soon as this Notice of Removal has been filed in this District Court.

237215425
3/12/2018

3

14. Intervenor, the undersigned, hereby certifies that a hearing took place before the Superior Court of Rowan County, North carolina, located at 210 N. Main Street, Salisbury, North Carolina, from which this case is removed, the original complaint is attached hereto.

**Part Six. CONCLUSION**

15. Based upon the information contained within and attached thereto, this District Court has jurisdiction over Plaintiff' claims pursuant to your [28 U.S.C. § 1333 and § 1446 (e),(g)]. Intervenor is therefore entitled to remove this case to this Court pursuant to your [28 U.S.C. § 1333 and § 1446 (e) and (g)].

Wherefore, Intervenor requests that the action with all orders in favor of Plaintiff before the Superior Court of Rowan County, North carolina, Civil Action No.: 17CR704491/ citation number 01G40863, be set aside and removed to this District Court.
I state that the foregoing is true, complete and correct and will verify the same in open court.

Respectfully Submitted,

By _Evans, james-anthony_
Evans, james-anthony



237215425
3/6/2018

237215425
3/6/2018

**NORTH CAROLINA UNIFORM CITATION - DEFENDANT'S COPY**

STATE OF NORTH CAROLINA ___ ROWAN ___ County District Court    Citation No. _____ IG40863 _____

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day Of Week | Date | Appear In Court | Court Location | Courtroom | Interpreter |
|---|---|---|---|---|---|
| FRIDAY | 7 28 2017 | Between 08:30 AM and 11:30 AM | SALISBURY | 0001 | |

### THE STATE OF NORTH CAROLINA VS.

| Name Of Defendant | Address | City | State | Zip |
|---|---|---|---|---|
| EVANS, JAMES ANTHONY | 8640 UNIVERSITY CITY BLVD STE A3 | CHARLOTTE | NC | 28213 |

| Drivers License No. | State | Source | CDL | Class | Race | Sex | Date Of Birth | Age | Social Security No. |
|---|---|---|---|---|---|---|---|---|---|
| 05504818 | NC | DL | NO | C | BLACK | MALE | 03 30 1962 | 55 | XXX-XX-5425 |

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about ___ SUNDAY ___, the _04_ day of ___ JUNE ___, _2017_ at _12:15 AM_ in the county named above you did unlawfully and willfully OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY AT A SPEED OF 62 MPH IN A 45 MPH ZONE. (G.S. 20-141(J1))

and on or about _____, the ____ day of _____, _____ at _____ in the county named above you did unlawfully and willfully _____

### YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| EKF7616 | NC | | NO | Passenger (2 or 4-Door Sedan) | FORD | 2005 | NO |

### OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| Business | Clear | Clear | Light | NO | R 62 S |

| ☐ Injury or Serious Injury | SHP Code | On Highway No./Street | |
|---|---|---|---|
| ☐ Passenger(s) Under 16 | | US 29 | |

| In Vicinity/City Of | At/Near Intersection |
|---|---|
| CHINA GROVE | LIBERTY ST |

### CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 06 04 2017 | OFFICER J S WASHAM | 040 | CHINA GROVE POLICE | | |

### IMPORTANT NOTICE

You must appear in District Court on the court date, time, and location shown above.

1. If you fail to appear and you did not post a cash bond, criminal process may be issued against you and **you may be arrested** for your failure to appear, **your drivers license may be revoked,** and certain fees may be assessed **along with** all other costs.

2. If you fail to appear and you did post a cash bond, criminal process may be issued against you and **you may be arrested** for your failure to appear; **certain fees** may be assessed **along with** all other costs, the cash bond will be forfeited and your failure to appear will be treated as a conviction resulting in points against your record or possible license revocation, and the forfeiture of your cash bond will not dispose of the charge(s) against you in court.

23721-5425

3/6/2018

237215425
3/6/2018

LDLSSUS00300



# STATE OF NORTH CAROLINA
## DEPARTMENT OF TRANSPORTATION
### NC DIVISION OF MOTOR VEHICLES
3118 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3118
(919) 715-7000

**ROY COOPER**
**GOVERNOR**

**JAMES H. TROGDON, III**
**SECRETARY**

01/08/2018

JAMES ANTHONY EVANS
8640 UNIVERSITY CITY BLVD
STE A3
CHARLOTTE NC  28213-3506

OFFICIAL NOTICE
CUSTOMER NO. 000005504818

WE REGRET TO INFORM YOU THAT EFFECTIVE 12:01 A.M., 03/09/2018, YOUR NC
DRIVING PRIVILEGE IS SCHEDULED FOR AN INDEFINITE SUSPENSION IN ACCORDANCE
WITH GENERAL STATUTE 20-24.1 FOR FAILURE TO PAY FINE AS FOLLOWS:

VIOLATION DATE: 2017-06-04     CITATION NUMBER:        01G40863
COURT:          ROWAN COUNTY COURT  PHONE:  (704)797-3015

UNFORTUNATELY THE DIVISION OF MOTOR VEHICLES CANNOT ACCEPT PAYMENTS FOR
FINES AND COSTS IMPOSED BY THE COURTS.  PLEASE CONTACT THE COURT ABOVE TO
COMPLY WITH THIS CITATION.

NOTE:  PLEASE COMPLY WITH THIS CITATION PRIOR TO THE EFFECTIVE DATE IN ORDER
TO AVOID THIS SUSPENSION.

IF YOU HAVE NOT COMPLIED WITH THIS CITATION BY THE EFFECTIVE DATE OF THIS
ORDER, YOU WILL NEED TO MAIL YOUR CURRENT NORTH CAROLINA DRIVER LICENSE, IF
APPLICABLE, TO THE DIVISION.  FAILURE TO DO SO MAY RESULT IN AN ADDITIONAL
$50.00 SERVICE FEE.

REINSTATEMENT PROCEDURES:

UPON COMPLIANCE WITH THIS CITATION, YOU MAY VISIT YOUR LOCAL DRIVER LICENSE
OFFICE.  AT SUCH TIME PROPER IDENTIFICATION AND PROOF OF AGE WILL BE NEEDED.

A RESTORATION FEE OF    $65.00 AND THE APPROPRIATE LICENSE FEES ARE NEEDED
AND HAVE TO BE PAID AT THE TIME YOUR DRIVING PRIVILEGE IS REINSTATED.

THIS ORDER IS IN ADDITION TO AND DOES NOT SUPERSEDE ANY PRIOR ORDER ISSUED
BY THE DMV. IF ADDITIONAL INFORMATION CONCERNING THIS ORDER IS NEEDED,
PLEASE CONTACT A REPRESENTATIVE OF THE DIVISION AT (919)715-7000.

DIRECTOR OF PROCESSING SERVICES

2821 5425
3/4/2018

VISIT US ON THE WEB AT WWW.NCDOT.ORG/DMV

237215625
3/01/2018

ATTACHMENT "A"

2372154625
3/10/2018

237265425
3/6/2018

# DURHAM COUNTY
## REGISTER OF DEEDS
### DURHAM, NORTH CAROLINA

NORTH CAROLINA STATE BOARD OF HEALTH
Office of Vital Statistics

## CERTIFICATE OF LIVE BIRTH

Vol. 2 no. 10-2-19

REGISTRATION 32-95 DISTRICT NO.   REGISTRAR'S CERTIFICATE NO. 781   BIRTH No. 132

| | | | |
|---|---|---|---|
| 1. PLACE OF BIRTH a. COUNTY Durham | b. TOWNSHIP Durham | 2. USUAL RESIDENCE OF MOTHER (Where does mother live?) a. STATE N.C. | b. COUNTY Durham |
| c. CITY OR TOWN Durham | In Place of Birth Within City Limits | c. CITY OR TOWN Durham | In City Limits? ☒ YES ☐ NO | On a Farm? ☐ YES ☒ NO |
| d. FULL NAME OF (If NOT in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION Lincoln Hospital | | d. STREET ADDRESS & R.F.D. NO. 1932 Lincoln Ave | |

**CHILD**
3. FULL NAME (Type or Print) First James Middle Anthony Last Evens
4. SEX Male   5a. THIS BIRTH ☒ SINGLE ☐ TWIN ☐ TRIPLET   5b. IF TWIN OR TRIPLET, was child born   6. DATE OF BIRTH Month Mar. Day 30 Year 1962   7. COLOR OR RACE Negro

**FATHER**
8. FULL NAME First James Middle Franklin Last Evens
9. AGE (At time of this birth) 23 YEARS   10. BIRTHPLACE (State or foreign country)   11a. USUAL OCCUPATION Construction work   11b. KIND OF BUSINESS OR INDUSTRY Duke Hosp.   12. COLOR OR RACE Negro

**MOTHER**
13. FULL MAIDEN NAME First Jannie Middle Mildred Last McGriff   16. COLOR OR RACE Negro
14. AGE (At time of this birth) 20 YEARS   15. BIRTHPLACE (State or foreign country) Lancaster S.C.
16a. How many OTHER children are now living? 1   16b. How many OTHER children were born alive but are now dead? 0   16c. How many fetal deaths (fetuses born dead at ANY time after conception)? 0
17. INFORMANT'S NAME and RELATION TO CHILD Jannie Mildred Evens mother
18. MOTHER'S MAILING ADDRESS (If different from usual residence)

| | |
|---|---|
| 19a. I hereby certify that this child was born alive on the date stated above at 5:27 A.M........P.M. | ATTENDANT'S SIGNATURE N. Laurenceau ☒ M.D. ☐ MIDWIFE ☐ OTHER (Specify) |
| | 19b. ADDRESS Durham, N.C. | 19c. DATE SIGNED 4/3/62 |
| 20. DATE REC'D BY LOCAL REG. APR 3 1962 | 21. REGISTRAR'S SIGNATURE D. Ceder MD | 22. HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY OF INFORMATION? ☒ YES ☐ NO |
| 23. DATE NAME ADDED BY STATE REGISTRAR | 24. DATE AMENDED No.12a and No. 17 — May 21, 1962 | |

**FOR MEDICAL AND HEALTH USE** (This section MUST be filled out)
25a. LENGTH OF PREGNANCY 40 Completed Weeks   25b. WEIGHT AT BIRTH 8 Lbs. 4 ½ ozs.   26. IS MOTHER MARRIED? ☒ YES ☐ NO   27. DID MOTHER HAVE BLOOD TEST FOR SYPHILIS? ☒ YES ☐ NO

FORM 18 Rev. 1-58 1-62—150M

This is a legal record and will be permanently filed.

Type or write legibly. Use black ink.

All items to be complete and accurate.

Attendant must sign personally.

Separate form required for each child if multiple birth.

Child of Unmarried Mother must Take Mother's Last Name.

---

**NORTH CAROLINA - Durham County**

The foregoing is a true and accurate copy as recorded in the office of the Register of Deeds of Durham County, Durham, N.C.

Witness by my hand and official seal this date of February 27th 2018

0499910

**SHARON A. DAVIS**
Register of Deeds

By: _____
Assistant/Deputy Register of Deeds

Case 3:18-cv-00119-RJC-DCK   Document 1   Filed 03/12/18   Page 15 of 52

BI Vital Records Security Paper All Rights Reserved   THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

CREDIT TO:

U.S. TREASURY

Further the SAme to the U.S.

District Court

Western Division North Carolina

EXHIBIT A



2372154 25
3/4/2018

237215425
3/6/2018

## NORTH CAROLINA UNIFORM CITATION - DEFENDANT'S COPY

STATE OF NORTH CAROLINA ___ROWAN___ County District Court  Citation No. ___1G40863___

TO THE DEFENDANT NAMED BELOW: You have been charged with the misdemeanor(s) or infraction(s) specified below. Read this citation carefully.

### YOUR COURT DATE AND LOCATION

| Court Day Of Week | Date | Appear In Court | Court Location | Courtroom | Interpreter |
|---|---|---|---|---|---|
| FRIDAY | 28/2017 | Between 08:30 AM and 11:30 AM | SALISBURY | 0001 | |

### THE STATE OF NORTH CAROLINA VS.

| Name Of Defendant | Address | City | State | Zip |
|---|---|---|---|---|
| EVANS, JAMES ANTHONY | 8640 UNIVERSITY CITY BLVD STE A3 | CHARLOTTE | NC | 28213 |

| Drivers License No. | State | Source | CDL | Class | Race | Sex | Date Of Birth | Age | Social Security No. |
|---|---|---|---|---|---|---|---|---|---|
| 05504818 | NC | DL | NO | C | BLACK | MALE | 03 30 1962 | 55 | XXX-XX-5425 |

### WHAT YOU ARE CHARGED WITH

The officer named below has probable cause to believe that on or about ___SUNDAY___ , the ___04___ day of ___JUNE___ , ___2017___ at ___12:15 AM___ in the county named above you did unlawfully and willfully OPERATE A MOTOR VEHICLE ON A STREET OR HIGHWAY AT A SPEED OF 62 MPH IN A 45 MPH ZONE. (G.S. 20-141(J1))

and on or about _____, the _____ day of _____, _____ at _____ in the county named above you did unlawfully and willfully

### YOUR VEHICLE

| Vehicle License No. | State | Trailer Type | CMV | Vehicle Type | Make | Year | Haz. Mat. |
|---|---|---|---|---|---|---|---|
| EKF7616 | NC | | NO | Passenger (2 or 4-Door Sedan) | FORD | 2005 | NO |

### OTHER INFORMATION

| Area | Weather | Visibility | Traffic | Accident | Speed |
|---|---|---|---|---|---|
| Business | Clear | Clear | Light | NO | R 62 S |

| ☐ Injury or Serious Injury | SHP Code | On Highway No./Street | |
|---|---|---|---|
| ☐ Passenger(s) Under 16 | | US 29 | |

| In Vicinity/City Of | At/Near Intersection |
|---|---|
| CHINA GROVE | LIBERTY ST |

### CHARGING OFFICER INFORMATION

| Date | Signature Of Officer | No. | Law Enforcement Agency | Troop/Squad | District/Zone |
|---|---|---|---|---|---|
| 06 04 2017 | OFFICER J.S. WASHAM | 040 | CHINA GROVE POLICE | | |

### IMPORTANT NOTICE

You must appear in District Court on the court date, time, and location shown above.

1. If you fail to appear and you did not post a cash bond, criminal process may be issued against you and **you may be arrested** for your failure to appear, **your drivers license may be revoked,** and certain fees may be assessed along with all other costs.

2. If you fail to appear and you did post a cash bond, criminal process may be issued against you and **you may be arrested** for your failure to appear; certain fees may be assessed along with all other costs, the cash bond will be forfeited and your failure to appear will be treated as a conviction resulting in points against your record or possible license revocation, and the forfeiture of your cash bond will not dispose of the charge(s) against you in court.

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
3/6/2018



Case 3:18-cv-00119-RJC-DCK    Document 1    Filed 03/12/18    Page 19 of 52

LDLSSUS00300



STATE OF NORTH CAROLINA
**DEPARTMENT OF TRANSPORTATION**
NC DIVISION OF MOTOR VEHICLES
3118 MAIL SERVICE CNTR RALEIGH, N.C. 27699-3118
(919) 715-7000

ROY COOPER
GOVERNOR

JAMES H. TROGDON, III
SECRETARY

01/08/2018

JAMES ANTHONY EVANS
8640 UNIVERSITY CITY BLVD
STE A3
CHARLOTTE NC  28213-3506

OFFICIAL NOTICE
CUSTOMER NO. 000005504818

WE REGRET TO INFORM YOU THAT EFFECTIVE 12:01 A.M., 03/09/2018, YOUR NC
DRIVING PRIVILEGE IS SCHEDULED FOR AN INDEFINITE SUSPENSION IN ACCORDANCE
WITH GENERAL STATUTE 20-24.1 FOR FAILURE TO PAY FINE AS FOLLOWS:

VIOLATION DATE:  2017-06-04        CITATION NUMBER:        01G40863
COURT:           ROWAN COUNTY COURT  PHONE:  (704)797-3015

UNFORTUNATELY THE DIVISION OF MOTOR VEHICLES CANNOT ACCEPT PAYMENTS FOR
FINES AND COSTS IMPOSED BY THE COURTS.  PLEASE CONTACT THE COURT ABOVE TO
COMPLY WITH THIS CITATION.

NOTE:  PLEASE COMPLY WITH THIS CITATION PRIOR TO THE EFFECTIVE DATE IN ORDER
TO AVOID THIS SUSPENSION.

IF YOU HAVE NOT COMPLIED WITH THIS CITATION BY THE EFFECTIVE DATE OF THIS
ORDER, YOU WILL NEED TO MAIL YOUR CURRENT NORTH CAROLINA DRIVER LICENSE, IF
APPLICABLE, TO THE DIVISION.  FAILURE TO DO SO MAY RESULT IN AN ADDITIONAL
$50.00 SERVICE FEE.

REINSTATEMENT PROCEDURES:

UPON COMPLIANCE WITH THIS CITATION, YOU MAY VISIT YOUR LOCAL DRIVER LICENSE
OFFICE.  AT SUCH TIME PROPER IDENTIFICATION AND PROOF OF AGE WILL BE NEEDED.

A RESTORATION FEE OF    $65.00 AND THE APPROPRIATE LICENSE FEES ARE NEEDED
AND HAVE TO BE PAID AT THE TIME YOUR DRIVING PRIVILEGE IS REINSTATED.

THIS ORDER IS IN ADDITION TO AND DOES NOT SUPERSEDE ANY PRIOR ORDER ISSUED
BY THE DMV. IF ADDITIONAL INFORMATION CONCERNING THIS ORDER IS NEEDED,
PLEASE CONTACT A REPRESENTATIVE OF THE DIVISION AT (919)715-7000.

DIRECTOR OF PROCESSING SERVICES

2372/5425
3/4/2018

# PROOF OF SERVICE

## STATE OF NORTH CAROLINA, COUNTY OF ROWAN

I am over the age of 18 and not a party to this action. My address is:
8640 University City Blvd, Ste A3-142, Charlotte, NC 28213 , which is located in the county where the mailing described took place.

On March 7th , 2018, I served the foregoing document(s) described as:
**INTERVENORS'S NOTICE OF REMOVAL TO FEDERAL JURISDICTION.**

Addressed to:
CLERK OF COURT
SUPERIOR COURT OF ROWAN COUNTY NORTH CAROLINA
210 N MAIN STREET
SALISBURY NC 28144

(By personal service and First Class Mail)

XXX   I personally delivered the foregoing documents to the addressee in the City of Charlotte, County of Mecklenburg.  Executed on _____, at Charlotte, North carolina.

And Addressed to:
Counsel for Plaintiff
**RANDY COOK**, successors, assigns
Rowan County District Attorney's Office
232 N. Main Street
Salisbury, NC 28144

(By First Class Mail)

XXX   I personally delivered the foregoing documents to the addressee by first class mail placed into the custody of the Postmaster at Charlotte, County of Mecklenburg.

Executed on 3/7/2018, at Charlotte, North Carolina
(State)   XXXX I declare under penalty of perjury under the laws of the State of North Carolina that the above is true and correct.

by: _____

237215465
3/6/2018

Intervenor's Notice of Removal to Federal Jurisdiction

23721S42S
3/6/2018

Evans, james-anthony
General Post-Office;
mecklenburg county, north carolina
united States of America

Tel:

Intervenor in sui juris, sui generis

District court of the United States
[28 U.S.C. § 113]
via passagio
**UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA**

| | |
|---|---|
| STATE OF NORTH CAROLINA, | CASE NO: |
| Plaintiff, | INTERVENOR'S NOTICE OF NOTICE OF REMOVALTO FEDERAL JURISDICTION UNDER 28 U.S.C. §§ 1333 |
| v. | |
| JAMES ANTHONY EVANS, | |
| Defendant(s). | Date: |
| Evans, james-anthony, | Time: |
| Intervenor | Dept: |

**Notice of Notice of removal to Federal Jurisdiction**

**TO THE HONORABLE JUDGE OF THE SUPERIOR COURT**

**AND ALL PARTIES IN INTEREST:**

   **YOU AND EACH OF YOU PLEASE TAKE NOTICE THAT** on the date and time above, Intervenor of right, Evans, james-anthony as attorney-in-fact for named Defendant JAMES ANTHONY EVANS filed a NOTICE OF REMOVAL TO FEDERAL JURISDICTION, pursuant to your [28 U.S.C. §1333, § 1446 (e), (g)].

   WHERFORE Notice is requested to be taken on the above-mentioned writings, by the Superior Court of Rowan County, North Carolina, and all parties of record.

Dated:                    By _Evans, james-anthony_

                    Evans, james-anthony, Intervenor of right

1

**PROOF OF SERVICE**

**STATE OF NORTH CAROLINA, COUNTY OF MECKLENBURG**

I am over the age of 18 and not a party to this action. My address is: _8640 University City Blvd, Ste B-142, Charlotte, NC_ which is located in the county where the mailing described took place.

On March _7th_, 2018, I served the foregoing document(s) described as: **INTERVENOR'S NOTICE OF NOTICE OF REMOVAL TO FEDERAL JURISDICTION.**

Addressed to:
CLERK OF COURT
CIRCUIT COURT OF ROWAN COUNTY NORTH CAROLINA
210 N MAIN STREET
SALISBURY, NC 28144

(By personal service and First Class Mail)

XXX    I personally delivered the foregoing documents to the addressee in the Superior Court of Rowan County North Carolina.  Executed on _____, Charlotte, North Carolina.

And Addressed to:
Counsel for Plaintiff
**RANDY COOK**, successors, assigns
Rowan County District Attorney's Office
232 N. Main Street
Salisbury, NC 28144

(By First Class Mail)

XXX    I personally delivered the foregoing documents to the addressee by first class mail placed into the custody of the Postmaster at Charlotte, County of Mecklenburg.

Executed on _3/7/2018_, at Charlotte, North Carolina.

XXXX I declare under penalty of perjury under the laws of the State of North Carolina that the above is true and correct.

by: _Trey Evans_

2

23721545
3/6/2018

Form **56**
(Rev. December 2015)
Department of the Treasury
Internal Revenue Service

# Notice Concerning Fiduciary Relationship

▶ Information about Form 56 and its separate instructions is at *www.irs.gov/form56.*
(Internal Revenue Code sections 6036 and 6903)

OMB No. 1545-0013

## Part I   Identification

| Name of person for whom you are acting (as shown on the tax return) | Identifying number | Decedent's social security no. |
|---|---|---|
| JAMES ANTHONY EVANS | 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 | 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 |

Address of person for whom you are acting (number, street, and room or suite no.)

**8640 UNIVERSITY CITY BOULEVARD, SUITE A3-142**

City or town, state, and ZIP code (If a foreign address, see instructions.)

**CHARLOTTE NC 28213**

Fiduciary's name

**FRANK G. JOHNS, Office of Clerk, successors, agents, employees and assigns**

Address of fiduciary (number, street, and room and suite no.)

**ROOM 210 CHARLES R JONAS BUILDING 401 WEST TRADE STREET**

| City or town, state, and ZIP code | Telephone number (optional) |
|---|---|
| **CHARLOTTE NC 28202** | ( ) |

## Section A.  Authority

**1**   Authority for fiduciary relationship. Check applicable box:

**a**   ☐ Court appointment of testate estate (valid will exists)

**b**   ☐ Court appointment of intestate estate (no valid will exists)

**c**   ☐ Court appointment as guardian or conservator

**d**   ☐ Valid trust instrument and amendments

**e**   ☐ Bankruptcy or assignment for the benefit or creditors

**f**   ☑ Other. Describe ▶ __General Powers of Administration (See 26 U.S.C. 675(4), 26 U.S.C.2041(a)(3)(B))__

**2a**  If box 1a or 1b is checked, enter the date of death ▶ ----------------------------------

**b**   If box 1c—1f is checked, enter the date of appointment, taking office, or assignment or transfer of assets ▶   **June 4, 2017**

## Section B.  Nature of Liability and Tax Notices

**3**   Type of taxes (check all that apply):  ☐ Income  ☑ Gift  ☑ Estate  ☐ Generation-skipping transfer  ☐ Employment
☐ Excise  ☐ Other (describe) ▶ ----------------------------------

**4**   Federal tax form number (check all that apply): **a** ☑ 706 series  **b** ☑ 709  **c** ☐ 940  **d** ☐ 941, 943, 944
**e** ☐ 1040, 1040-A, or 1040-EZ  **f** ☐ 1041  **g** ☐ 1120  **h** ☑ Other (list) ▶ __all forms that may be neccessary__

**5**   If your authority as a fiduciary does not cover all years or tax periods, check here . . . . . . . . . . . ▶ ☑
and list the specific years or periods ▶   **2013-2018**

**6**   If the fiduciary has a CAF number and wants a copy of notices and correspondence **(see the instructions)** check this box  . ▶ ☐
and enter the year(s) or period(s) for the corresponding line 4 item checked. If more than one form entered on line 4h, enter the
form number.

**Complete only if the line 6 box is checked.**

| If this item is checked: | Enter year(s) or period(s) | If this item is checked: | Enter year(s) or period(s) |
|---|---|---|---|
| 4a | | 4b | |
| 4c | | 4d | |
| 4e | | 4f | |
| 4g | | 4h: | |
| 4h: | | 4h: | |

For Paperwork Reduction Act and Privacy Act Notice, see separate instructions.          Cat. No. 16375I          Form **56** (Rev. 12-2015)

237215425
3/6/2018

23721542S
3/4/18

**Part II**    **Revocation or Termination of Notice**

### Section A—Total Revocation or Termination

**7**   Check this box if you are revoking or terminating all prior notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship ▶ ☐
Reason for termination of fiduciary relationship. Check applicable box:

**a**   ☐   Court order revoking fiduciary authority

**b**   ☐   Certificate of dissolution or termination of a business entity

**c**   ☑   Other. Describe ▶ **transfer treated as disclaimer (See 26 U.S.C 2518(c)(3))**

### Section B—Partial Revocation

**8a**   Check this box if you are revoking earlier notices concerning fiduciary relationships on file with the Internal Revenue Service for the same tax matters and years or periods covered by this notice concerning fiduciary relationship . . . . . ▶ ☐

**b**   Specify to whom granted, date, and address, including ZIP code.
    ▶ ----------------------------------------------------------------

### Section C—Substitute Fiduciary

**9**   Check this box if a new fiduciary or fiduciaries have been or will be substituted for the revoking or terminating fiduciary and specify the name(s) and address(es), including ZIP code(s), of the new fiduciary(ies) . . . . . . . . . . . ▶ ☐
    ▶ ----------------------------------------------------------------

**Part III**    **Court and Administrative Proceedings**

| Name of court (if other than a court proceeding, identify the type of proceeding and name of agency) | Date proceeding initiated |
|---|---|
| **SUPERIOR COURT OF ROWAN COUNTY, NORTH CAROLINA, CRIMINAL DIVISION** | **June 4, 2017** |
| Address of court | Docket number of proceeding |
| **210 N. MAIN STREET** | **CASE # 17CR704491 / CITATION # 01G40863** |

| City or town, state, and ZIP code | Date | Time | a.m. ☑ | Place of other proceedings |
|---|---|---|---|---|
| **SALISBURY NC 28144** | **07/28/2017** | **8:30** | p.m. ☐ | **us dist ct., w. dist. of nc** |

**Part IV**    **Signature**

| | I certify that I have the authority to execute this notice concerning fiduciary relationship on behalf of the taxpayer. |
|---|---|

**Please Sign Here**    ▶   *James Anthony Evans*       Grantor       3/7/2018

Fiduciary's signature                    Title, if applicable         Date

237215425
3/6/2018

2872/5425
3/6/2018

## DECLARATION AND DISCLAIMER
### (Attachment to Notice Concerning Fiduciary Relationship)

**TO:** UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION
Attention: FRANK G. JOHNS, OFFICE OF CLERK, successors, assigns
CHARLES R. JONAS FEDERAL BUILDING
401 WEST TRADE STREET, CHARLOTTE, N.C. 28202

On the 7th day of March, 2018, I, JAMES ANTHONY EVANS, of lawful age being duly sworn (or affirmed as the case may be) state as follows:

1. On or around the 4th day of June, 2017 securities were conveyed to JEFFREY R. BARGER, Office of Clerk, ROWAN COUNTY REGISTRAR/CLERK, successors, agents, and assigns as Trustee, in Trust for the benefit of the undersigned.

2. Said deed was recorded in the records of the said Court as file number: 17CR704491/ citation number 01G40863.

3. A true and copy of the trust instrument issued by the Court is attached to this Affidavit.

4. On the 7th day of March, 2018, the undersigned appointed FRANK G. JOHNS, Office of Clerk, UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION as successor Trustee.

5. The undersigned hereby disclaims all powers of appointment, and all right, title and interest in and to the securities held in said trust and consent to the payment, refund of purchase price, transfer, reissue, or other disposition by the said successor Trustee ("Trustee") for the purposes of: terminating of the Trust, releasing the undersigned from any liability with regard to the securities and suspending the Trustee's power of alienation, in return for the payment and distribution of the principal amount and all accumulations of income therefrom.

I hereby request that the Trustee and the Secretary of the Treasury enter the information on the transfer books.

In Witness Thereof, the undersigned declares under penalty of perjury under the laws of the United States of America that the foregoing is true, complete and correct.

**Executed On:** 3/7/2018       By: _James Anthony Evans_ (Seal)

237215625
3/16/2018

237215485
3/6/2018

## <u>Proof of Service</u>

     The undersigned verifies that the attached documents were served by U.S. First Class Mail and/or electronic transmission to the parties indicated below, on or before 5:00 p.m. on the _7th_ day of March 2018.

*Evans, James-Cotton*

**Affiant**

**Sent To the following Parties;**
FRANK G. JOHNS, Office of Clerk
UNITED STATES DISTRICT Court
WESTERN DITRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CHARLES R. JONAS FEDERAL BUILDING
401 WEST TRADE STREET, CHARLOTTE, N.C. 28202


**Cc:**

Department of the Treasury, IRS
Collection Advisory Group
Greensboro, NC 27407
Fax: (855) 847-7742

Bureau of the Fiscal Service
Securities Transaction Branch
Washington D.C.
Email: treasury.direct@bpd.treas.gov.

2372|5425
3/6/2018

# DURABLE POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that I, JAMES ANTHONY EVANS.,
("Principal") of Mecklenburg County, North Carolina, hereby revoke any/all
Power(s) of Attorney granted by me or on my behalf and every power and authority
conferred therefrom, and do hereby constitute and appoint: Evans, james-anthony,
As my true and lawful Attorney-in-Fact, for me in my name, place and stead. Each
Attorney-in-Fact may act independently.

My Attorney-in-Fact shall represent and act for me in all matters of whatsoever kind
or nature, as well as to manage and conduct all of my affairs, and for those purposes
or nature which shall or may be, in the judgment of my said Attorney-in-Fact,
proper, necessary, appropriate, or expedient in the supervision and management of
my business, property, and affairs, as fully and effectively in all respects as I could
do if personally present without any intervention or supervision by any court
whatsoever. Said authority shall specifically include, but not be limited to, the full
power and authority for me and in my name to exercise those powers enumerated
in the New Covenant and the Ministry of Reconciliation, and:

1. To pursue any litigation or administrative proceeding against any individual or
entity who negligently or intentionally fails to honor this Durable Power of Attorney
and thus causes such litigation or administrative proceeding, and to pursue all costs
and damages, both regular and punitive, against said third party;

2. To enter upon and take possession of any lands, real property, buildings,
tenements, or other structures, or any part, or parts thereof, that may belong to me,
or to the possession whereof I may be entitled with full power of substitution in the
premises;

3. To demand, ask, collect, sue for, receive, and give effectual discharges for any
rents, profits, issues, or income now or which shall become due, of any and all of
such real property, lands, buildings, tenements or other structures, or of any part, or
parts, thereof, and to take and use all lawful proceedings for recovering the said
rents, profits, issues or income, and for ejecting defaulting tenants and occupants,
and for terminating the tenancy or occupation thereof, and for obtaining,
recovering, and retaining possession of all or any of the premises held or occupied
by such defaulter;

4. To bargain, grant, sell, deed, convert, redeem, substitute, exchange, and convey
any and all real property or interest in land (including, but not limited to, any such
property designated as homestead property under the organic laws of the united
States of America or any other jurisdiction) owned by me, including any proprietary
lease or any stock evidencing my ownership of any cooperative apartment, and for
such sum or sums of money and upon such terms and conditions, as my Attorney-in-
Fact shall deem proper and, upon such sale, sales, conversions, redemptions or

237215425
3/19/2018

conveyances, to make, sign, seal, acknowledge, and deliver deeds with such covenants, general or special warranties, quit claim, or otherwise, as my Attorney-in-Fact shall deem expedient or appropriate, and to buy any real property or interest in land for such sum or sums of money and upon such terms and conditions as my Attorney-in-Fact shall deem fit, and to manage any such lands, and to manage, repair, alter, rebuild, or reconstruct, any buildings, houses, or other structures, or any part, or parts, thereof, that may now, or hereafter, be erected upon any such land;

5. To apply for a Certificate of Title upon, and endorse and transfer title thereto, for any automobile, truck, pickup, van, motorcycle or other motor vehicle, and to represent in such transfer assignment that the title to said motor vehicle is free and clear of all liens and encumbrances except those specifically set forth in such transfer assignment;

6. To procure, change, carry or cancel insurance against any and all risks affecting property or persons against liability, damage or claims of any sort;

7. To demand, sue for, collect, recover and receive all goods, claims, debts, monies, interests, dividends, annuities, property (both real and personal) payments, legacies, bequests, devises, wares, merchandise, chattels, effects, things, and demands whatsoever now or shall hereafter become due, owing or belonging to me (including the right to institute any action, suit or legal proceedings, for the recovery of any land, buildings, tenements, or other structures, or any part, or parts, thereof, to the possession whereof I may be entitled), to have and take all means for the recovery thereof, by attachments, distress, replevin, garnishment, action at law, suits in equity, or otherwise, and to compromise and agree for the same, and to make, execute and deliver receipts, releases, acquittances or other sufficient discharges therefore, under seal, or otherwise, and to sue and to settle suits of any kind in my name or on my behalf;

8. To make, execute, endorse, accept and deliver any and all bills of exchange, bonds, checks, drafts, notes and trade acceptances;

9. To have access at any time or times to any safe deposit box rented by me, wheresoever located, and to remove all or any part of the contents thereof, and to surrender or relinquish said safe deposit box, and any institution in which any such safe deposit box may be located shall not incur any liability to me or my estate as a result of permitting my Agent to exercise this power;

10. To pay all sums of money, at any time or times, that may hereafter be owing by me upon any bill of exchange, check, draft, note or trade acceptance, made, executed, endorsed, and delivered by me, or for me, and in my name, by my said Attorney-in-Fact;

11. To sign, seal, execute, deliver, and acknowledge deeds, leases, and assignments of leases, covenants, indentures, agreements, contracts, assignments, mortgages, satisfactions of mortgages, releases, hypothecations, bills, bonds, options, notes, receipts, evidence of debt and such other instruments in writing of whatever kind or nature;

237215425
3/16/2008

12. To receive and deposit any monies, checks, drafts, instruments, or other property which may come into the possession of my Attorney-in-Fact with any bank, broker, trust company, financial institution, savings institution, or other person or corporation, either in my name, or in the name of a nominee, and to withdraw by check or other means any such money or property to which I am from time to time entitled and which is now or shall be so received and deposited, in either applied debts or interest payable by me or any taxes, assessments, insurance, and expenses due and payable or to become due and payable on account of my real property and personal estate, or for any of the purposes mentioned in this Power of Attorney, or for the purchase of any goods or services on my account or otherwise for my use and benefit, or the investment in my name in any stocks, shares, notes, bonds, securities, or any other property (real or personal, tangible or intangible, income producing or otherwise) as my Attorney-in-Fact may deem proper, to receive and give receipts for any income or dividends and to receive from such investments, and to sell, assign, transfer, or otherwise dispose of all and any such investments or other investments for my use and benefit as my Attorney-in-Fact may deem advisable;

13. To defend, settle, adjust, compound, submit to arbitration and compromise all actions, suits, accounts, reckonings, claims and demands whatsoever that now are or hereafter shall be pending between me and any person, firm or corporation in such manner and in all respects as my said Attorney-in-Fact deem advisable;

14. To buy or sell at public or private sale for cash or credit or by any other means whatsoever, or to acquire, dispose of, repair, alter, store or manage my tangible personal property or any interest therein;

15. To have all powers granted herein with respect to all and any property owned by me and/or acquired by me after the date hereof;

16. To borrow any sum or sums of money or other property on such terms and with such security (whether real or personal property) as my Attorney-in-Fact may deem advisable, and for that purpose to execute and deliver all promissory notes, bonds, mortgages, deeds of trust, or pledges, and other instruments which may be necessary or proper;

17. To engage, employ, and dismiss any accountants, attorneys-at-law, investment counsel, brokers, agents, servants, trustees, professional property managers, doctors, nurses, dentists, clerks, workmen and others, and appoint others in their place, and to pay and allow the persons to be so employed at such salaries, wages or other remunerations, as my said Attorney-in-Fact shall deem advisable;

18. To apply for and receive any government, insurance, and retirement benefits to which I may be entitled, including the right to act as my representative payee with the Social Security Administration, and to exercise any right to elect benefits or payments; to terminate, to change beneficiaries or ownership, to assign rights, to borrow or receive cash value in return or the surrender of any or all rights I may have in life insurance or annuity policies, plans or benefits, Individual Retirement Accounts, or in any retirement,

237215425
3/16/2018

profit sharing, or other employee welfare plans and benefits; and to consent or waive consent in connection with designation of beneficiaries and joint and survivor annuities under any employee benefit plan;

19. To enter into, make, sign, execute and deliver, acknowledge and perform any contract, agreement, writing, or thing that may, in the opinion of my said Attorney-in-Fact, be necessary or proper, to be entered into, made or signed, or sealed, executed, delivered, acknowledged or performed;

20. To execute all income tax and other Federal, state or local tax returns and perform any and all acts that I can perform with respect to all tax matters (including, but not limited to, Federal and state income and gift taxes, self employment taxes, payroll taxes, intangible property taxes, tangible property taxes, excise taxes, and real estate taxes) for any and all periods or years. Such power shall include, but shall not be limited to, the power to sign or issue, or both, Forms W-2, 709, 843, 941, 942, 1040, 1040A, 1040EZ, 1040X, 1040ES, 4868, 2688, 2210, SS-4, 2553, 8821 and 2848 or any substitute therefore, to claim tax refunds and credits; to file protests or petitions to administrative agencies or courts regarding tax matters; to execute closing agreements, extensions or waivers of the period of limitations and any Power of Attorney required by the Internal Revenue Service or any state or local taxing authority with respect to any tax year; to permit such persons to receive confidential information concerning same; to compromise and settle tax claims or disputes; to prepare, execute and file any returns or other documents in regard to same; to file applications for homestead exemption; and to request any extension of time to perform any of the foregoing;

21. The guardian of my estate and person in any Court where any incompetency proceedings for my estate or person are hereafter commenced. In that regard, My Attorney-in-Fact may oppose the appointment of any Guardian if my Attorney-in-Fact believes that such appointment would not increase the quality of services already afforded by this Power of Attorney;

22. To appoint one or more ancillary attorneys, if at any time my Attorney-in-Fact determines that it is necessary or desirable in my Attorney-in-Fact's discretion to appoint one or more of such ancillary attorneys to act on my behalf in any other jurisdiction or jurisdictions. In making any such appointment, my Attorney-in-Fact may sign, execute, deliver, acknowledge and make declarations in any documents as may be necessary, desirable, convenient or proper in order to effectuate any such ancillary appointment, and my Attorney-in-Fact may grant to any ancillary attorney any or all of the powers, duties and authorities granted my Attorney-in-Fact hereunder, but may not grant to any such ancillary attorney the powers which are inconsistent with those powers granted to my Attorney-in-Fact hereunder;

23. In addition to all other powers granted by this document, I grant to my agent the power and authority to serve as my personal representative for all purposes of the Health Insurance Portability and Accountability Act of 1996 and its regulations (HIPAA) during any time my health care representative is exercising authority under this document.

Pursuant to HIPAA, I Specifically authorize my agent as my HIPAA personal representative to request, receive and review any information regarding my physical or mental health, including, without limitation all HIPAA protected health information, medical and hospital records; to execute on my behalf any authorizations, release or other documents that may be required in order to obtain this information; and to consent to the disclosure of this information. I further authorize my agent to execute on my behalf any documents necessary or desirable to implement the health care decisions that my agent is authorized to make under this document including Medicare Part D decisions and enrollments applications. By signing this Durable Power of Attorney, I specifically empower and authorize my physician, hospital or health care provider to release any and all medical records to my agent's designee. Further, I waive any liability to any physician, hospital or any health care provider who releases any and all of my medical records to my agent.

The authority given my agent shall supersede any prior agreement that I may have made with my health care providers to restrict access to or disclosure of my individually identifiable health information. The authority given my agent has no expiration date and shall expire only in the event that I revoke the authority in writing and deliver it to my health care provider. Giving and granting unto my said Attorney-in-Fact full power and authority to do so and perform all and every act and thing whatsoever requisite and necessary to be done in and about the premises as fully, to all intents and purposes, as I might or could do personally, hereby ratifying and confirming all that my Attorney-in-Fact shall lawfully do or cause to be done by virtue hereof. The foregoing enumeration of specific powers does not, and shall not, in any way control, limit, or diminish any of the other specific or general powers herein granted or which should have been granted in order to carry out the purposes herein expressed.

It is my intent in executing this instrument that the power conferred on my Attorney-in-Fact, shall be exercisable commencing with the date hereof, notwithstanding any later disability or incapacity that I may suffer, so that this Durable Power of Attorney shall not be affected by disability of the principal.

All acts done by my Attorney-in-Fact pursuant to the powers conferred during any period of my disability or incompetence shall have the same effect, and inure to the benefit of and bind me or my heirs, devisees, and Personal Representatives, as if I were competent and not disabled. My Attorney-in-Fact shall not be liable for any acts or decisions made by said Attorney-in-Fact in good faith pursuant to the terms hereof.

This Durable Power of Attorney shall be revoked by an instrument signed by me and delivered to my said Attorney-in-Fact. The revocation shall be effective from the date of delivery to my Attorney-in-Fact.

For the purpose of inducing any bank, broker, custodian, insurer, lender, transfer agent, taxing authority, governmental agency or other party to act in accordance with the powers granted in this document, I hereby represent, warrant and agree that:

237215425
3 16 2018

237215405
3/16/2018

A. The powers conferred on my Attorney-in-Fact by this document shall be exercisable by my said Attorney-in-Fact alone, without need for court approval and my Attorney-in-Fact's signature or acts under the authority granted in this document shall be accepted by third parties as fully authorized by me and with the same force and effect as if I were personally present, competent and acting on my own behalf.

B. No person who acts in reliance upon any representation that my Attorney-in-Fact may make regarding the scope of authority granted under this document shall incur any liability to me, my estate, my heirs, successors or assigns for permitting my Attorney-in-Fact to exercise any such power, nor shall any person who deals with my Attorney-in-Fact be required to determine or insure the proper application of funds or property.

C. My Attorney-in-Fact shall have the right to seek appropriate Court order mandating acts which my Attorney-in-Fact determines appropriate if a third party refuses to comply with actions taken by my Attorney-in-Fact which are authorized by this document, or to enjoin acts by third parties which my Attorney-in-Fact has not authorized.

This Durable Power of Attorney shall not be affected by disability, incompetency, or incapacity of the principal.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the 7ᵗʰ day of March, 2018.

By: _JAMES ANTHONY EVANS_, Principal

---

*"A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document."*

---

### JURAT

State of North Carolina )
County of Mecklenburg )

Subscribed, sworn to and or(affirmed) before me, on this __7__ᵗʰ date of March 2018, by
JAMES ANTHONY EVANS, proved to me on the basis of satisfactory evidence to be the [person(s)] who appeared before me.

By: _____, Notary Public.     (seal)

My commission expires: ____October____ 20 18 .

ANKUR PATEL
NOTARY
My Commission Expires
10-06-08
PUBLIC
GASTON COUNTY, NC

237215425
3/6/2018

237215425
3/16/2018

7 MARCH 2018

NOTICE OF DELIVERY OF GENERAL BOND

Via United States First Class Mail

To: Frank G. Johns, Office of Clerk
United States District Court, Western District of North Carolina
Charles R. Jonas Federal Building
401 West Trade Street, Charlotte, North Carolina 28202

Cc: Counsel of Record for Plaintiff
Randy Cook, successors, assigns
Rowan County District Attorney's Office
232 N. Main Street
Salisbury, NC 28144

"This NOTICE/STATEMENT is merely a record of the rights of the addressee as of the time of its issuance. Delivery of this NOTICE/STATEMENT, of itself, confers no rights on the recipient. This NOTICE/STATEMENT is neither a negotiable instrument nor a security."

Dear Recipient:

This NOTICE/STATEMENT is to inform all concerned of the delivery by the undersigned insured of a General Bond in accordance with F.R.C.P. Supplemental Rules, Rule E (5)(b) and Local Rules, Supplemental Rule E.1, for the purposes of indemnification of the below listed vessel of the United States, conditioned to answer the judgment of the court in all or any actions that may be brought in any such court in which the said vessel may be attached, including but not limited to Superior Court of Rowan County North Carolina, Civil Action Number: 17CR704491/ citation number 01G40863.

The surety for the enclosed bond is the State of North Carolina Insurance Department, approved by the Secretary of the Treasury as an acceptable surety company. (See Treasury Circular 570-States Insurance Departments).


VESSEL NAME:                          JAMES ANTHONY EVANS
VESSEL IDENTIFICATION NUMBER:        781
SOCIAL SECURITY NUMBER:              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

by: *Evans, james-anthony*
Evans, james-anthony, Attorney-In-Fact

237215425
3/4/2018

2372L542S
3/6/2018

# DURHAM COUNTY
# REGISTER OF DEEDS
## DURHAM, NORTH CAROLINA

NORTH CAROLINA STATE BOARD OF HEALTH
OFFICE OF VITAL STATISTICS

## CERTIFICATE OF LIVE BIRTH

REGISTRATION DISTRICT NO. **32-95**  REGISTRAR'S CERTIFICATE NO. **780**  BIRTH NO. **182**

**1. PLACE OF BIRTH**
- a. COUNTY: Durham
- b. TOWNSHIP: Durham
- c. CITY OR TOWN: Durham
- d. FULL NAME OF (if NOT in hospital or institution, give street address or location) HOSPITAL OR INSTITUTION: Lincoln Hospital

**2. USUAL RESIDENCE OF MOTHER (Where does mother live)**
- a. STATE: N.C.
- b. COUNTY: Durham
- c. CITY OR TOWN: Durham
- d. STREET ADDRESS: 1932 Lincoln Ave

**CHILD**
- 3. FULL NAME: First James Middle Anthony Last Evans
- 4. SEX: Male
- 5a. THIS BIRTH: Single
- 5b. IF TWIN OR TRIPLET, was child born — 1st, 2nd, 3rd
- 6. DATE OF BIRTH: Month Mar Day 30 Year 1962

**FATHER**
- 7. FULL NAME: First James Middle Franklin Last Evans
- 8. COLOR OR RACE: Negro
- 9. AGE (At time of this birth): 23 YEARS
- 10. BIRTHPLACE (State or foreign country): Lancaster S.C.
- 11a. USUAL OCCUPATION: Construction work
- 11b. KIND OF BUSINESS OR INDUSTRY: Duke Hosp.

**MOTHER**
- 12. FULL MAIDEN NAME: First Fannie Middle Mildred Last McGriff
- 13. COLOR OR RACE: Negro
- 14. AGE (At time of this birth): 20 YEARS
- 15. BIRTHPLACE (State or foreign country): Lancaster S.C.
- 16. PREVIOUS DELIVERIES TO MOTHER (Do NOT include this birth)
  - a. How many OTHER children are now living: 1
  - b. How many OTHER children were born alive but are now dead: 0
  - c. How many fetal deaths (fetuses born dead at ANY time after conception): 0
- 17. INFORMANT'S NAME AND RELATION TO CHILD: Fannie Mildred Evans — Mother
- 18. MOTHER'S MAILING ADDRESS (If different from usual residence):

I hereby certify that this child was born alive on the date stated above at 5:__ A.M. _____ P.M.
- 19a. ATTENDANT'S SIGNATURE: V. Laurenceau
- M.D. ☒  MIDWIFE ☐  OTHER (Specify)
- 19b. ADDRESS: Durham N.C.
- 19c. DATE SIGNED: 4/3/62

- 20. DATE REC'D BY LOCAL REG.: APR 3 1962
- 21. REGISTRAR'S SIGNATURE: _____
- 22. HAS MOTHER INSPECTED CERTIFICATE FOR ACCURACY OF INFORMATION? YES ☒ NO ☐
- 23. DATE NAME ADDED BY STATE REGISTRAR:
- 24. DATE AMENDED: No.12a and No. 17 — May 21, 1962

**FOR MEDICAL AND HEALTH USE**
(This section MUST be filled out)
- 25a. LENGTH OF PREGNANCY: 40 WEEKS
- 25b. WEIGHT AT BIRTH: 8 Lbs. __ Oz.
- 26. IS MOTHER MARRIED? YES ☐
- 27. DID MOTHER HAVE BLOOD TEST FOR SYPHILIS? YES ☒ NO ☐

FORM 18 Rev. 1-58 1-61—150M

---

## NORTH CAROLINA - Durham County

The foregoing is a true and accurate copy as recorded in the office of the Register of Deeds of Durham County, Durham, N.C.

Witness by my hand and official seal this date of  February  27th  2018

0499909

**SHARON A. DAVIS**
Register of Deeds

By: _____
Assistant/Deputy Register of Deeds

BI Vital Records Security Paper — All Rights Reserved
THIS DOCUMENT CONTAINS AN ORIGINAL WATERMARK
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

Credit to:

U.S. Treasury

Further the same to the

U.S. District Court

Western Division North Carolina